IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GISELLE GREENIDGE, individually, and as Mother and Next of Kin of T.S.C. Greenidge, Deceased,<br><br>   Plaintiff,<br><br>vs.<br><br>(1) COMANCHE COUNTY MEMORIAL HOSPITAL,<br>(2) GREGORY JOSLIN, MD, and<br>(3) CAROL LENNON, MD,<br><br>   Defendants. | Case No. CIV-11-335-M |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Giselle Greenidge, individually, and as Mother and Next of Kin of T.S.C. Greenidge, Deceased, and Defendants, Comanche County Memorial Hospital, Gregory Joslin, MD, and Carol Lennon, MD, file this Stipulation for Dismissal with Prejudice of all claims in this case and state:

Plaintiff and Defendants respectfully request that the Court enter an order providing that this case is dismissed with prejudice to the refiling of the same in any form, as provided in the accompanying Agreed Order of Dismissal. The parties' agreement to this request is reflected by their respective counsels' signatures below.

DATED this __31st__ day of January, 2012.

                                  Respectfully submitted,

                                  /s/ David L. Thomas

                                David L. Thomas, OBA No. 8926
                                J. David Terrell, OBA No. 12890
                                THOMAS & TERRELL
                                3501 N.W. 63rd Street, Suite 301
                                Oklahoma City, OK  73116
                                405/286-6353 Telephone
                                405/286-6366 Facsimile

And

                                Jerry L. Breathwit, OBA No. 15194
                                Attorney at Law
                                P.O. Box 2900
                                Oklahoma City, OK  73101
                                (405) 235-2700 (Telephone and Facsimile)
                                *Attorneys for Plaintiff*


                                /s/ Matthew D. Martin, III

                                Glen D. Huff, OBA No. 4449
                                David A. Branscum, OBA No.11768
                                Matthew D. Martin, III, OBA No. 21530
                                FOLIART, HUFF, OTTAWAY & BOTTOM
                                201 Robert S. Kerr Ave., 12th Floor
                                Oklahoma City, OK  73102
                                (405) 232-4633 Telephone
                                (405) 232-3462 Facsimile
                                *Attorneys for Defendants*